### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CRAIG FARROW                                                                                              PLAINTIFF
ADC #154219

v.                                       NO. 5:13CV00334 JLH/BD

ARKANSAS DEPARTMENT OF CORRECTION;
and D. PAYNE, Warden                                                                              DEFENDANTS

### ORDER

The Court has received the Partial Recommended Disposition filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Craig Farrow's claims against the Arkansas Department of Correction are DISMISSED with prejudice.

IT IS SO ORDERED this 10th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE