# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CRAIG FARROW                                                                                                PLAINTIFF
ADC #154219

v.                                        NO. 5:13CV00334 JLH/BD

ARKANSAS DEPARTMENT OF CORRECTION;
and D. PAYNE, Warden                                                                                   DEFENDANTS

## ORDER

Michael McCarty Harrison's motion to withdraw as appointed counsel is GRANTED. Document #21.

The previous Orders entered by this Court have been mailed by the Clerk to Craig Farrow at his address at the Randall Williams Correctional Facility. Those Orders have been returned, however, with a note stating that Farrow was paroled on March 10, 2014. *See* Document #23. Farrow has not provided a current address as required by Local Rule 5.5(c)(2). Because the Court has no current address for Farrow, it would be futile to appoint new counsel to represent him. Because Farrow has not notified the Court of the change in his address, this action is dismissed without prejudice.

IT IS SO ORDERED this 30th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE